95 CR 214

**FILED**

SEP 0 3 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will provide you the signature of the person delivered to and the date of delivery.

95CR214

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Mr. Richard H. Weare, Clerk
United States District Court
130 Sandra Day O'Connor
United States Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

4a. Article Number
7001 1940 0000 1942 6587

4b. Service Type
☐ Registered   ☐ Insured
☒ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery
8 28 02

5. Signature (Addressee)

6. Signature (Agent) Posley

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, November 1990    ☆U.S. GPO: 1991—287-066    **DOMESTIC RETURN RECEIPT**

---

DOCKETED
SEP 0 6 2002

1119