

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURTHOUSE
219 S. DEARBORN
CHICAGO ILLINOIS 60604

MICHAEL W. DOBBINS, CLERK

Mr. Richard H. Weare, Clerk
United States District Court
130 Sandra Day O'Connor
United States Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

OFFICE OF THE CLERK
____ FILED    LODGED 8/14/02
__X__ RECEIVED __X__ COPY

AUG 2 8 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES OF AMERICA -v- Thomas Condon
TRANSFERRING DISTRICT'S CASE NUMBER: 95 CR 214-12
RECEIVING DISTRICT'S CASE NUMBER: CR 02-50071- PHX

Dear Sir:

      Pursuant to Title 18, United States Code, Section 3653, Transfer of Jurisdiction of Probation, enclosed are the following document(s):

      ORIGINAL Probation Form 22 - Transfer of Jurisdiction

      CERTIFIED Copy of Indictment/Information

      CERTIFIED Copy of Judgment and Commitment Order

      CERTIFIED Copy of docket entries

DOCKETED
SEP 0 6 2002

which I hereby certify are the originals filed in this Court on the above cause.

      Please acknowledge receipt of the above documents on the enclosed copy of this letter.

      MICHAEL W. DOBBINS
      CLERK, U.S. DISTRICT COURT

      BY: MARSHA E. GLENN
            DEPUTY CLERK

DATE RECIEVED:

1120