UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
            Plaintiff, )
)
                  v. )      No.  95 CR 0214
)
KENNETH KRISCIUNAS, )
)      Judge Holderman
            Defendant. )

**FILED**

DEC 1 6 2002  'Wr

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED

DEC 1 9 2002

## <u>RELEASE OF JUDGMENT LIEN</u>

Judgment was entered for the plaintiff, and against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois.  The judgment having been paid or otherwise satisfied is hereby released.  The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record as to the lien recorded at the San Diego County, California Recorder's Office as document number 97 1867685, on November 25, 1997.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _[signature]_

MICHELE S. SCHROEDER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312)353-3760

6/00

1121